```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 15551
    JESSE ANAYA
    CHRISTINA D ANAYA                           CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
            Debtor
    SSN XXX-XX-2718    SSN XXX-XX-7981
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/21/05 and confirmed on 06/16/05.

2. The case was dismissed after confirmation, 12/20/2007.

3. The Debtor paid a total of $ 25947.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| FIFTH THIRD BANK | SECURED | 12175.00 | 735.73 | 12175.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 24791.22 | .00 | 6455.02 |
| ECAST SETTLEMENT CORP | UNSECURED | 629.32 | .00 | 163.85 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10038.63 | .00 | 2613.81 |
| ECAST SETTLEMENT CORP | UNSECURED | 566.56 | .00 | 147.51 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1854.16 | .00 | 482.77 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 2942.41 | .00 | 766.14 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12175.00 | .00 | 40822.30 | .00 | 52997.30 |
| PRINCIPAL PAID | 12175.00 | .00 | 10629.10 | .00 | 22804.10 |
| INTEREST PAID | 735.73 | .00 | .00 | .00 | 735.73 |
| TOTAL PAID | 12910.73 | .00 | 10629.10 | .00 | 23539.83 |

The Debtor's attorney, BRADLEY COVEY                  , was allowed $   2200.00
and was paid $    806.00  direct and $   1394.00  through the plan.

The Trustee received $   1013.17 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/10/08                          /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 15551 JESSE ANAYA & CHRISTINA D ANAYA